UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. <br><br> ***PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT*** |

Plaintiff Northshore Sheet Metal, Inc., pursuant to Fed. R. Civ. P. 7.1 states that there is no parent corporation of Northshore Sheet Metal, Inc. and no publicly held corporation owns 10% or more of Northshore Sheet Metal, Inc.'s stock.

Respectfully Submitted this 22 day of AUGUST, 2015.

By: _____
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

*PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT* - Page 1
CASE NO.

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

# CERTIFICATE OF SERVICE

I hereby certify that on the ___24th___ day of August, 2015, I electronically filed the foregoing ***PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel Hutzenbiler
> Robblee Detwiler & Black
> 2101 Fourth Avenue, Suite 1000
> Seattle, WA 98121-2317
> dhutzenbiler@unionattorneysnw.com

I further certify that a copy of the foregoing document will be served upon the following individual(s) via legal process service through ABC Legal Services at their last known address as indicated below:

> Sheet Metal Workers International Association, Local 66
> c/o Tim Carter
> 11831 Beverly Park Road, Building B-2
> Everett, WA 98204

*[signature: Betsy E. Green]*
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT* - Page 2
CASE NO.

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927