UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| NORTHSHORE SHEET METAL, INC., | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF CHRISTOPHER L. HILGENFELD IN SUPPORT OF NORTHSHORE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER FOR INJUNCTIVE RELIEF** |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

I, CHRISTOPHER L. HILGENFELD, declare as follows:

1. I am over the age of eighteen (18) years and I am competent to testify if called upon to do so.

2. I am an attorney at Davis Grimm Payne & Marra, counsel of record for Plaintiff Northshore Sheet Metal, Inc. ("Northshore" or "Defendant"), admitted to practice in the U.S. District Court, Western District of Washington. I am the lead attorney representing Northshore Sheet Metal, Inc. in the above-captioned matter, and I make this declaration based upon my personal knowledge and review of the files and records herein.

DECLARATION OF CHRISTOPHER L. HILGENFELD - Page 1
CASE NO.

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

3. Attached hereto as **Exhibit 4** is a true and correct copy of the letter from Daniel Hutzenbiler, regarding Article 3.5 of the parties' Settlement Agreement, dated July 9, 2015. Mr. Hutzenbiler represents Sheet Metal Workers International Association, Local 66 ("Local 66" or "Union").

4. Attached hereto as **Exhibit 5** is a true and correct copy of my letter to Mr. Hutzenbiler in response to the Union's July 9, 2015, letter, dated July 13, 2015.

5. Attached hereto as **Exhibit 6** is a true and correct copy of Mr. Hutzenbiler's e-mail and attached redacted spreadsheet (names and alleged amount owing have been redacted) regarding alleged amounts still owed to employees under §3.5 of the Settlement Agreement, dated July 20, 2015.

6. Attached hereto as **Exhibit 7** is a true and correct copy my letter to Mr. Hutzenbiler requesting clarification and additional information regarding documents provided by the Union, dated July 28, 2015.

7. Attached hereto as **Exhibit 8** is a true and correct copy of Mr. Hutzenbiler's letter regarding the parties' August 7, 2015 negotiations and Local 66's position regarding bargaining, dated August 13, 2015.

8. Attached hereto as **Exhibit 9** is a true and correct copy of my letter faxed to Daniel Hutzenbiler and Tim Carter regarding the Union's current strike activity, dated August 20, 2015.

9. Attached hereto as **Exhibit 10** is a true and correct copy of my e-mail to Mr. Hutzenbiler in follow-up to my voice message providing notice that Northshore would file for injunctive relief in federal court to stop the Union's strike, dated August 21, 2015.

*DECLARATION OF CHRISTOPHER L. HILGENFELD* - Page 2
CASE NO.

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

10. Attached hereto as **Exhibit 11** is a true and correct copy of the faxed letter from Mr. Hutzenbiler responding to Northshore's letter of August 20, 2015 regarding the Union's contractual breach, dated August 21, 2015.

11. Attached hereto as **Exhibit 12** is a true and correct copy of Mr. Hutzenbiler's e-mail regarding benefits payments and arbitration procedure issues, dated August 21, 2015.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing statements are true and accurate.

Dated at Seattle, Washington this __22__ day of __AUGUST__, 2015.

_____
Christopher L. Hilgenfeld

*DECLARATION OF CHRISTOPHER L. HILGENFELD* - Page 3
CASE NO.

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927