1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 NORTHSHORE SHEET METAL INC.,

11                Plaintiff,

12     v.

13 SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION,
14 LOCAL 66,

15              Defendant.

CASE NO. C15-1349 MJP

ORDER ON PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING
ORDER

16

17        THIS MATTER comes before the Court on Plaintiff's Motion for Temporary Restraining

18 Order, (Dkt. No. 3).  The Court will not issue a Temporary Restraining Order ex parte in this

19 matter, and instead calls for a response from Defendant.  Accordingly, the Court ORDERS

20 Plaintiff to serve Defendant with the Complaint, Motion, and all related papers today.

21 Defendant's response is due no later than midnight on Wednesday, August 26, 2015.  Plaintiff

22 may file a reply brief no later than midnight on Friday, August 28, 2015.  The Court will set a

23 hearing on the Motion upon receipt of the response.

24 //

ORDER ON PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER- 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated this ___24th___ day of August, 2015.

3

4                                                Thomas S. Zilly
                                                 United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER- 2