**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-CV-1349-MJP <br><br> **NOTICE OF APPEARANCE** |

TO: CLERK OF THE COURT; and

AND TO: Christopher L. Hilgenfeld, Davis Grimm Payne & Marra, 701 Fifth Ave, Suite 4040, Seattle, WA 98104

The undersigned hereby appears in this action as co-counsel on behalf of the Defendant Sheet Metal Workers International Association, Local 66. It is hereby requested that all correspondence and pleadings, exclusive of original service, pertaining to the Creditors hereafter be directed to the undersigned at the address below.

> Daniel Hutzenbiler, WSBA No. 36938
> Robblee Detwiler & Black, P.L.L.P.
> 2101 Fourth Ave, Suite 1000
> Seattle, Washington 98121
> dhutzenbiler@unionattorneysnw.com

RESPONSE TO NORTHSHORE'S MOTION
FOR TEMPORARY RESTRAINING ORDER - 1

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467.7589

DATED this 24th day of August, 2015.

        s/Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA No. 36938
Robblee Detwiler & Black, P.L.L.P.
2101 Fourth Ave, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unioattorneysnw.com

Attorneys for Defendant

RESPONSE TO NORTHSHORE'S MOTION
FOR TEMPORARY RESTRAINING ORDER - 2

LAW OFFICES OF
Robblee Detwiler & Black
==========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24th, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

>Christopher L. Hilgenfeld
>Davis Grimm Payne & Marra
>701 Fifth Ave, Suite 4040
>Seattle, WA 98104

>s/Daniel Hutzenbiler
>Daniel Hutzenbiler, WSBA No. 36938
>Robblee Detwiler & Black, P.L.L.P.
>2101 Fourth Ave, Suite 1000
>Seattle, Washington 98121
>Telephone: (206) 467-6700
>Fax: (206) 467-7589
>E-mail: dhutzenbiler@unioattorneysnw.com

>Attorneys for Defendant

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
Robblee Detwiler & Black
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 ·· FAX (206) 467-7589