Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> *DECLARATION OF DAN MEYER* |

I, DAN MEYER, declare as follows:

1. I am over the age of eighteen (18) years and I am competent to testify if called upon to do so.

2. This Declaration is made by me voluntarily. I have been promised no benefit, nor threatened with any reprisal in connection with this Declaration; and I make this declaration based upon my personal knowledge and review of the files and records herein.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of one of the photographs I took at approximately 10:45 a.m. on August 25, 2015 at the Northshore Sheet Metal facility.

*DECLARATION OF DAN MEYER* - Page 1
CASE NO. 15-cv-01349 MJP

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

I have read the foregoing and declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing statements are true and accurate.

Dated at **Everett**, Washington this **25TH** day of **Aug**, 2015.

*[signature: Daniel E. Meyer]*
Dan Meyer

DECLARATION OF DAN MEYER - Page 2
CASE NO. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927