**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-CV-1349-MJP <br><br> **MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Note on Motion Calendar: September 18, 2015 |

## STATEMENT OF FACTS

On August 24, 2015, Plaintiff Northshore Sheet Metal, Inc. ("Northshore") filed a Motion for Temporary Restraining Order against Defendant Sheet Metal Workers International Association, Local 66 ("Local 66"). (Dkt. 3)  The motion sought an order restraining Local 66's strike activity against Northshore. (Id.)  Also on August 24, 2015, Local 66 filed a response to Northshore's Motion for Temporary Restraining Order. (Dkt. 9)  On August 28, 2015,

RESPONSE TO NORTHSHORE'S MOTION FOR TEMPORARY RESTRAINING ORDER - 2:15-CV-1349-MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black
=============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

Northshore filed a Reply to Local 66's Response to Northshore's Motion for Temporary Restraining Order. (Dkt. 12)

## ARGUMENT

According to LCR 65(5), Northshore was not entitled to file a reply to Local 66's Response. That rule states in relevant part:

> (5) Response: Unless the court orders otherwise, the adverse party must (1) file a notice indicating whether it plans to oppose the motion within twenty-four hours after service of the motion, and (2) file its response, if any, within forty-eight hours after the motion is served. The response may not exceed twenty-four pages in length, and **no reply will be permitted**. If the movant meets the requirements of Fed. R. Civ. P. 65(b), the court may grant the motion without awaiting a response.

LCR 65(5) (Emphasis added)

Accordingly, Northshore was not entitled to file its reply and Local 66 hereby requests that it be stricken.

## CONCLUSION

For the foregoing reasons, the Court should strike Northshore's Reply to Local 66's Response to Northshore's Motion for Temporary Restraining Order.

DATED this 31st day of August, 2015.

s/Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA No. 36938
Robblee Detwiler & Black, P.L.L.P.
2101 Fourth Ave, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unionattorneysnw.com

Attorneys for Defendant

RESPONSE TO NORTHSHORE'S MOTION FOR TEMPORARY RESTRAINING ORDER - 2:15-CV-1349-MJP - 2

LAW OFFICES OF
Robblee Detwiler & Black
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467.7589

# CERTIFICATE OF SERVICE

I hereby certify that on August 31st, 2015, I electronically filed the foregoing **MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** and **ORDER (PROPOSED) ON DEFENDANT'S MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66;S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

>Christopher L. Hilgenfeld
>Davis Grimm Payne & Marra
>701 Fifth Ave, Suite 40401
>Seattle, WA 98104

>s/Daniel Hutzenbiler
>Daniel Hutzenbiler, WSBA No. 36938
>Robblee Detwiler & Black, P.L.L.P.
>2101 Fourth Ave, Suite 1000
>Seattle, Washington 98121
>Telephone: (206) 467-6700
>Fax: (206) 467-7589
>E-mail: dhutzenbiler@unionattorneysnw.com
>
>Attorneys for Defendant

CERTIFICATE OF SERVICE - 2:15-CV-1349-MJP - 1

Law Offices Of
Robblee Detwiler & Black
============================
2101 Fourth Avenue, Suite 1000
Seattle, WA 98121
(206) 467.6700 · fax (206) 467-7589