**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-CV-1349-MJP <br><br> **NOTICE TO WITHDRAW DEFENDANT'S MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

Defendant Sheet Metal Workers International Association, Local 66 ("Union") hereby files notice, pursuant to Local Rule of Civil Procedure 7(l), of its withdrawal of its pending Motion to Strike Northshore's Reply to Local 66's Response to Motion for Temporary Restraining Order. (Dkt. #16).

//

NOTICE TO WITHDRAW DEFENDANT'S MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER -2:15-CV-1349-MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

DATED this 1st day of September, 2015.

        s/Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA No. 36938
Robblee Detwiler & Black
2101 Fourth Ave, Suite 1000
Seattle, WA 98121-2392
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unionattorneysnw.com

Attorneys for Defendant

NOTICE TO WITHDRAW DEFENDANT'S MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER -2:15-CV-1349-MJP - 2

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467.7589

## CERTIFICATE OF SERVICE

I hereby certify that on September 1st, 2015, I electronically filed the foregoing **NOTICE TO WITHDRAW DEFENDANT'S MOTION TO STRIKE NORTHSHORE'S REPLY TO LOCAL 66'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

> Christopher L. Hilgenfeld
> Davis Grimm Payne & Marra
> 701 Fifth Ave, Suite 40401
> Seattle, WA 98104

> s/Daniel Hutzenbiler
> Daniel Hutzenbiler, WSBA No. 36938
> Robblee Detwiler & Black, P.L.L.P.
> 2101 Fourth Ave, Suite 1000
> Seattle, Washington 98121
> Telephone: (206) 467-6700
> Fax: (206) 467-7589
> E-mail: dhutzenbiler@unionattorneysnw.com

> Attorneys for Defendant

CERTIFICATE OF SERVICE -2:15-CV-1349-MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589