HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66,<br><br>Defendant, | No. 2:15-CV-1349-MJP<br><br>SUPPLEMENTAL DECLARATION IN RESPONSE TO NORTHSHORE'S MOTION FOR TEMPORARY RESTRAINING ORDER |

Tim Carter makes the following supplemental declaration in accordance with 28 U.S.C. §1746:

1. As I stated in my previous declaration, I am the Business Manager with Sheet Metal Workers International Association, Local 66 ("Local 66"), and have been so at all times material to the events in this case.

2. Yesterday, September 2, 2015, I directed via email the Local 66 employees running our current strike against Northshore to remove all pickets that refer to fringe benefits. A true and correct copy of that email is attached hereto as Exhibit A.

3. All such signs have since been removed from all locations where Local 66 is picketing Northshore, and will not be used again during Local 66's strike against Northshore.

DECLARATION IN RESPONSE TO
NORTHSHORE'S MOTION FOR
TEMPORARY RESTRAINING ORDER -
2:15 CV 1349-MJP - 1

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

1  True and correct copies of photographs at the two locations where Local 66 is currently picketing
2  Northshore are attached hereto as Exhibit B.
3  Signed on September 3, 2015, at Snoqualmie, Washington.

*Tim Carter*

DECLARATION IN RESPONSE TO
NORTHSHORE'S MOTION FOR
TEMPORARY RESTRAINING ORDER -
2:15-CV-1349-MJP - 2

LAW OFFICES OF
ROBBLEE DETWILER & BLACK

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589