HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., | No. 2:15-CV-1349-MJP |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

1. I am now and have been at all times herein mentioned, a permanent resident of the United States and a resident of the State of Washington, over the age of eighteen years, not a party to the above-captioned action, and competent to testify as a witness.

2. I am employed as a legal assistant with the firm of Robblee Detwiler & Black P.L.L.P, 2101 Fourth Avenue, Suite 1000, Seattle, Washington 98121.

3. I hereby certify that on this 3rd day of September, 2015 I electronically filed **SUPPLEMENTAL DECLARATION IN RESPONSE TO NORTHSHORE'S MOTION FOR TEMPORARY RESTRAINING ORDER** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

---

DECLARATION OF SERVICE
2:15-CV-1349-MJP - 1

1  
2  Christopher L. Hilgenfeld  
   Davis Grimm Payne & Marra  
3  701 Fifth Ave, Suite 4040  
   Seattle, WA 98104  
4  
5  _____  
   Bronte Bayliss  
6  Legal Assistant  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

DECLARATION OF SERVICE  
2:15-CV-1349-MJP - 2