3. Actual and compensatory damages due based on the Union's contractual repudiation, and Plaintiff's illegal secondary actions in violation of 8(b)(4) of the NLRA, 29 U.S.C. 29 U.S.C. § 187.

4. Monetary damages, extraordinary expenses, attorney fees, costs, pre- and post-judgment interest due based on the Union's contractual repudiation and illegal secondary actions.

5. For such other and further relief as the Court finds just and equitable.

Respectfully Submitted this 28th day of September, 2015.

By: /s/ Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Ph. (206) 447-0182
Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

*PLAINTIFF'S FIRST AMENDED COMPLAINT* - Page 13
CASE NO. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927