**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., | No. 2:15-CV-1349-MJP |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

TO: CLERK OF THE COURT; and

AND TO: Christopher L. Hilgenfeld, Davis Grimm Payne & Marra, 701 Fifth Ave, Suite 4040, Seattle, WA 98104

The undersigned hereby appears in this action as co-counsel on behalf of the Defendant Sheet Metal Workers International Association, Local 66. It is hereby requested that all correspondence and pleadings, exclusive of original service, pertaining to the Defendant hereafter be directed to the undersigned at the address below.

> Margaret Burnham, WSBA No. 47860
> Robblee Detwiler & Black, P.L.L.P.
> 2101 Fourth Ave, Suite 1000
> Seattle, Washington 98121
> mburnham@unionattorneysnw.com

NOTICE OF APPEARANCE - 1

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

1  DATED this 26th day of October, 2015.

2                                       s/Margaret Burnham
                                        Margaret Burnham, WSBA No. 47860
3                                       Robblee Detwiler & Black, P.L.L.P.
                                        2101 Fourth Ave, Suite 1000
4                                       Seattle, Washington 98121
                                        Telephone: (206) 467-6700
5                                       Fax: (206) 467-7589
6                                       E-mail: mburnham@unionattorneysnw.com

7                                       Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

# CERTIFICATE OF SERVICE

I hereby certify that on October 26th, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

>Christopher L. Hilgenfeld
>Davis Grimm Payne & Marra
>701 Fifth Ave, Suite 4040
>Seattle, Washington 98104

>s/Margaret Burnham
>Margaret Burnham, WSBA No. 47860
>Robblee Detwiler & Black, P.L.L.P.
>2101 Fourth Ave, Suite 1000
>Seattle, Washington 98121
>Telephone: (206) 467-6700
>Fax: (206) 467-7589
>E-mail: mburnham@unionattorneysnw.com

>Attorneys for Defendant

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589