**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., | No. 2:15-CV-01349 MJP |
| Plaintiff, | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

**ANSWER**

1. No response required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted that Defendant is the exclusive bargaining representative of certain classifications of Northshore employees. Each and every other allegation not specifically admitted is denied.

6. Admitted that Northshore and the Union are parties to an expired collective bargaining agreement. Admitted that the expired collective bargaining agreement contains a

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT 2:15-CV-01349 MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

final and binding arbitration procedure. Admitted that the arbitration procedure is found in the Parties' Letter of Understanding. Each and every other allegation not specifically admitted is denied.

7. Admitted.

8. Denied.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted that Northshore sought information from the Union on July 13, 2015. Each and every other allegation not specifically admitted is denied.

14. Admitted that the Union provided a spreadsheet. Each and every other allegation not specifically admitted is denied.

15. Admitted that Northshore's attorney requested information again on July 28, 2015. Each and every other allegation not specifically admitted is denied.

16. Admitted that the parties are also in the process of bargaining a new successor labor agreement. Each and every other allegation not specifically admitted is denied.

17. Admitted that the parties met for bargaining on August 7. Admitted that the Union indicated that a strike was possible. Each and every other allegation not specifically admitted is denied.

18. Admitted that the Union held a strike authorization vote related to Northshore on August 10, 2015. Each and every other allegation not specifically admitted is denied.

19. Admitted that the Union's attorney sent a letter to Northshore's attorney dated August 13, 2015. Each and every other allegation not specifically admitted is denied.

20. Denied.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT 2:15-CV-01349 MJP - 2

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

1   21.    Admitted.

2   22.    Denied.

3   23.    Denied.

4   24.    Denied.

5   25.    Denied.

6   26.    Denied.

7   27.    Denied.

8   28.    Admitted that Northshore's bargaining unit employees have proceeded to engage in a concentrated work stoppage and picketed Northshore.  Each and every other allegation not specifically admitted is denied.

11   29.    Denied for lack of information.

12   30.    Denied.

13   31.    Denied.

14   32.    Denied.

15   33.    Admitted that the Union has engaged in strike activity on job sites.  Each and every other allegation not specifically admitted is denied.

17   34.    Admitted that some strikers carried signs stating "Northshore Pay My Benefits! Labor Dispute".

19   35.    Denied.

20   36.    Denied.

21   37.    Denied.

22   38.    Denied.

23   39.    Admitted.

24   40.    Admitted.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT 2:15-CV-01349 MJP - 3

LAW OFFICES OF
Robblee Detwiler & Black
==========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

41.   Admitted that the Settlement Agreement was intended to resolve a contentious labor dispute between the parties. Each and every other allegation not specifically admitted is denied.

42.   Admitted.

43.   Admitted.

44.   Admitted.

45.   Denied.

46.   Denied.

47.   Denied for lack of information.

48.   Admitted.

49.   Denied.

50.   Denied for lack of information.

51.   Denied.

52.   Denied.

53.   Denied.

54.   No response necessary.

55.   Denied for lack of information.

56.   Denied for lack of information.

57.   Denied.

58.   Denied.

59.   Denied.

**AFFIRMATIVE DEFENSES**

1.   Defendant is entitled to withhold its members' labor pursuant to the parties' expired collective bargaining agreement.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT 2:15-CV-01349 MJP - 4

LAW OFFICES OF
Robblee Detwiler & Black
===========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

2. Plaintiff's claims fail to state facts sufficient to constitute claims upon which relief can be granted.

3. Plaintiff's claims are barred by the doctrine of unclean hands, laches, estoppel and/or waiver.

4. Local's 66's conduct is permitted and/or protected by the First Amendment, the National Labor Relations Act, and/or the Labor-Management Relations Act.

5. Local 66 reserves the right to raise additional affirmative defenses.

DATED this 27th day of October, 2015.

        s/Daniel Hutzenbiler
        Daniel Hutzenbiler, WSBA No. 36938
        Robblee Detwiler & Black, P.L.LP.
        2101 Fourth Ave, Suite 1000
        Seattle, Washington 98121
        Telephone: (206) 467-6700
        Fax: (206) 467-7589
        E-mail: dhutzenbiler@unionattorneysnw.com

        Attorneys for Defendant

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT 2:15-CV-01349 MJP - 5

LAW OFFICES OF
Robblee Detwiler & Black
==========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

## CERTIFICATE OF SERVICE

I hereby certify that on October 27th, 2015, I electronically filed the foregoing **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

>Christopher L. Hilgenfeld
>Davis Grimm Payne & Marra
>701 Fifth Ave, Suite 4040
>Seattle, Washington 98104

>s/Daniel Hutzenbiler
>Daniel Hutzenbiler, WSBA No. 36938
>Robblee Detwiler & Black, P.L.LP.
>2101 Fourth Ave, Suite 1000
>Seattle, Washington 98121
>Telephone: (206) 467-6700
>Fax: (206) 467-7589
>E-mail: dhutzenbiler@unionattorneysnw.com

>Attorneys for Defendant

CERTIFICATE OF SERVICE
2:15-CV-01349 MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black
=========================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467.7589