Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> **JOINT STATUS REPORT** |

**1.     A statement of the nature and complexity of the case.** This case concerns Defendant's violation of a no-strike provision in a Labor Agreement, and allegations that Defendant has unlawfully engaged in secondary activity in violation of the National Labor Relations Act ("Act"). This is not a complex case.

**2.     A proposed deadline for joining additional parties.** The parties anticipate the need for initial discovery before they can confirm whether additional parties are necessary. That deadline should also be set for May 1, 2016.

**3.     The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13 to conduct all proceedings.** The parties do not agree to a Magistrate Judge.

*Joint Status Report* - Page 1
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

4.  A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

  (A) **Initial disclosures:** The Court has ordered that the Parties exchange initial disclosures by November 2, 2015.

  (B) **Subjects, timing and potential phasing of discovery:** The parties expect discovery on the pleadings, including violations of the no-strike provision, and violations of 8(b)(4) of the Act, and defenses thereto. The parties do not propose discovery in phases or that it be limited in scope, other than as limited by the rules.

  (C) **Electronically stored information:** No.

  (D) **Privilege issues:** No unusual privilege issues.

  (E) **Proposed limitation on discovery.** The parties do not propose ordered limits on discovery.

  (F) **The need for any discovery related orders.** Plaintiff believes that certain protective orders may be necessary, and the parties have agreed to discuss such protective orders as necessary.

5.  The parties' views, proposals and agreements, by corresponding paragraph letters (A, B, etc.), on all items set forth in Local Civil Rule 26(f)(1), which includes the following topics:

  (A) **Prompt case resolution:** The Parties have agreed to mediate when the time is proper.

  (B) **Alternative dispute resolution:** Mediation

  (C) **Related cases:** None.

  (D) **Discovery management:** No special management required.

*Joint Status Report* - Page 2
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

     (E)    **Anticipated discovery sought:**  The parties anticipate formal discovery as set forth above.

     (F)    **Phasing motions:**  No.

     (G)    **Preservation of discoverable information:**  The Parties understand their responsibilities to preserve discoverable information, and do not believe that will be an issue in this case

     (H)    **Privilege issues:**  There are no unusual privilege issues.

     (I)    **Model Protocol for Discovery of ESI:**  There are no unusual discovery issues related to ESI.

     (J)    **Alternatives to Model Protocol:**  None needed.

     6.    **The date by which discovery can be completed.**  The parties suggest August 31, 2016 as the discovery deadline.

     7.    **Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.**  The parties currently do not believe the case is appropriate for bifurcation.

     8.    **Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i) and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.**  No.

     9.    **Whether the parties intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR options set forth in Local Civil Rule 39.1.**  The parties are amenable to ADR options.

     10.    **Any other suggestions for shortening or simplifying the case.**  None.

     11.    **The date the case will be ready for trial.  The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.**  Mid- to end of October, 2016.

*Joint Status Report* - Page 3
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

**12.  Whether the trial will be jury or non-jury.**  Plaintiff has demanded a trial by jury.

**13.  The number of trial days required.**  Parties anticipate a three- to four-day jury trial.

**14.  The names, addresses, and telephone numbers of all trial counsel.**

<u>Attorney for Plaintiff</u>:
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 Fifth Avenue, Suite 4040
Seattle, WA  98104-7097
Ph. (206) 447-0182
Fax: (206) 622-9927
E-mail: chilgenfeld@davisgrimmpayne.com

<u>Attorney for Defendant</u>:
Daniel Hutzenbiler, WSBA #36938
Margaret Burnham, WSBA #47860
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, WA  98121
Ph. (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unionattorneysnw.com
Email: mburnham@unionattorneysnw.com

**15.  The dates on which the trial counsel may have complications to be considered in setting a trial date.**  Plaintiff currently has no complications during October 2016.  Defendant currently has no complications during October 2015.

**16.**  If, on the due date of the Report, all defendant(s) or respondent(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.  Service is complete.

**17.  Whether any party wishes a scheduling conference before the Court enters a scheduling order in this case.**  No.

*Joint Status Report* - Page 4
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

18. List the date(s) that each and every nongovernmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1. Plaintiff filed its corporate disclosure on August 24, 2015. Defendant has not filed its corporate disclosure statement.

19. Whether the parties consent to having hearing in this matter video recorded as part of the Judiciary's Pilot Project on Cameras in the Courtroom, as set forth in Section V below. Yes.

Respectfully Submitted this 9th day of November, 2015.

By: /s/ Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Ph. (206) 447-0182
Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

Approved for joint filing by:

By: /s/ Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA #36938
Margaret Burnham, WSBA #47860
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, WA 98121
Ph. (206) 467-6700
Fax: (206) 467-7589
Email: dhutzenbiler@unionattorneysnw.com
Email: mburnham@unionattorneysnw.com
**Attorneys for Defendant**
**Sheet Metal Workers Int'l Association, Local 66**

*Joint Status Report* - Page 5
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2015, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel Hutzenbiler
> Margaret Burnham
> Robblee Detwiler & Black, PLLP
> 2101 Fourth Avenue, Suite 1000
> Seattle, WA 98121-2317
> dhutzenbiler@unionattorneysnw.com

Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*Joint Status Report* - Page 6
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927