**HONORABLE MARSHA J. PECHMAN**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHEET METAL WORKERS<br>INTERNATIONAL ASSOCIATION, LOCAL<br>66,<br><br>                    Defendant. | No. 2:15-CV-1349-MJP<br><br><br>**NOTICE OF APPEARANCE** |

TO:          CLERK OF THE COURT; and

AND TO:    Christopher L. Hilgenfeld, Davis Grimm Payne & Marra, 701 Fifth
              Avenue, Suite 4040, Seattle, WA 98104

The undersigned hereby appears in this action as co-counsel on behalf of the Defendant
Sheet Metal Workers International Association, Local 66.  It is hereby requested that all
correspondence and pleadings, exclusive of original service, pertaining to the Defendant
hereafter be directed to the undersigned at the address below.

          Bradley Medlin, WSBA No. 43486
          Robblee Detwiler & Black, PLLP
          2101 Fourth Avenue, Suite 1000
          Seattle, Washington 98121
          bmedlin@unionattorneysnw.com

NOTICE OF APPEARANCE - 1

LAW OFFICES OF
Robblee Detwiler & Black
======================================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

DATED this 18th day of December, 2015.

s/Bradley Medlin
Bradley Medlin, WSBA No. 43486
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: bmedlin@unionattorneysnw.com

Attorneys for Defendant

NOTICE OF APPEARANCE - 2

LAW OFFICES OF
Robblee Detwiler & Black
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700··FAX (206) 467-7589

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 18th, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

> Christopher L. Hilgenfeld
> Davis Grimm Payne & Marra
> 701 Fifth Avenue, Suite 4040
> Seattle, Washington 98104

> <u>s/Bradley Medlin</u>
> Bradley Medlin, WSBA No. 43486
> Robblee Detwiler & Black, PLLP
> 2101 Fourth Avenue, Suite 1000
> Seattle, Washington 98121
> Telephone: (206) 467-6700
> Fax: (206) 467-7589
> E-mail: bmedlin@unionattorneysnw.com

> Attorneys for Defendant

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
Robblee Detwiler & Black
==============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589