Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> ***SUPPLEMENTAL DECLARATION OF CHRISTOPHER L. HILGENFELD IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH AND/OR MODIFY SUBPOENAS DUCES TECUM*** <br><br> **Noted on Motion Calendar: January 8, 2016** |

I, CHRISTOPHER L. HILGENFELD, declare as follows:

1. I am over the age of eighteen (18) years and I am competent to testify if called upon to do so.

2. I am an attorney at Davis Grimm Payne & Marra, counsel of record for Plaintiff Northshore Sheet Metal, Inc. ("Northshore" or "Defendant"), admitted to practice in the U.S. District Court, Western District of Washington. I am the lead attorney representing Northshore Sheet Metal, Inc. in the above-captioned matter, and I make this declaration based upon my personal knowledge and review of the files and records herein.

*Supplemental Declaration of Hilgenfeld re Plaintiff's Motion to Quash and/or Modify Subpoenas* - Page 1
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

3. Attached hereto as **Exhibit 7** is a true and correct copy of the Objection to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated November 30, 2015, and submitted by GLY Construction to Ms. Burnham with regard to the subpoena duces tecum issued by Defendant to GLY Construction.

4. Attached hereto as **Exhibit 8** are the letters presented by Plaintiff to Mortenson Construction, Inc., Lease Crutcher Lewis, and GLY Construction, dated December 4, 2014, (general contractors subpoenaed by Defendant) after Defendant refused to allow a brief time for Plaintiff to obtain a protective order related to the documents sought.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing statements are true and accurate.

Dated at Seattle, Washington this ___8___ day of ___JANUARY___, 2016.

_____
Christopher L. Hilgenfeld

*Supplemental Declaration of Hilgenfeld re Plaintiff's Motion to Quash and/or Modify Subpoenas* - Page 2
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927