UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL INC., | CASE NO. C15-1349 MJP |
| Plaintiff, | ORDER ON MOTIONS |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

THIS MATTER comes before the Court on Plaintiff's Motion to Quash or Modify Subpoenas Duces Tecum, (Dkt. No. 33), and Plaintiff's Motion for Protective Order, (Dkt. No. 36). Having reviewed the motions, Defendant's response briefs, (Dkt. Nos. 37, 38), Plaintiff's reply briefs, (Dkt. Nos. 41, 42), and all related papers, the Court enters the following Order:

1. The Court GRANTS Plaintiff's Motion for Protective Order, (Dkt. No. 36). Plaintiff's proposed two-tiered protective order, (Dkt. No. 34-5), is necessary to protect the confidential and proprietary information at issue, and will not hinder Defendant's ability to prepare its case. The Court, therefore, ORDERS the Parties to

1. enter into Plaintiff's Proposed Protective Order, (Dkt. No. 34-5), within seven (7) days of the date of this Order.

2. Because Plaintiff's Proposed Protective Order, (Dkt. No. 34-5), adequately protects Plaintiff's interests in any information in the possession of the General Contractors, the Court DENIES Plaintiff's Motion to Quash or Modify Subpoenas Duces Tecum, (Dkt. No. 33). All documents produced pursuant to the subpoenas shall be subject to the protective order entered into by the Parties.

//

//

The clerk is ordered to provide copies of this order to all counsel.

Dated this 27th day of January, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge