**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66,<br><br>Defendant. | No. 2:15-cv-01349 MJP<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE**<br><br>Note on Motion Calendar:<br>February 5, 2016 |

## STIPULATED MOTION

The parties jointly stipulate and move this Court for an order granting an approximate sixty (60) day continuance of the trial date and related, unexpired case schedule deadlines. The sixty (60) day continuance of the trial date and related case schedule deadlines is necessary because until Northshore's Protective Order was granted on January 27, 2016, the discovery process was stalled. (Burnham Decl. ¶ 3). Both parties were awaiting the decision from Honorable Marsha J. Pechman before issuing and/or producing discovery responses to ensure

---

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE
SCHEDULE - 2:15-CV-01349 MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

compliance with Judge Pechman's Order.  Once Judge Pechman granted Plaintiff's Motion for a Protective Order, discovery recommenced.  (Burnham Decl. ¶ 4).

The Protective Order adds an additional step to the discovery process, necessitating a request to amend the case schedule.  Pursuant to the Protective Order, each time a discovery production is made to Local 66, Northshore's counsel will review the documents and/or information and note what is "Confidential" and "Attorney Eyes Only."  After Northshore's counsel makes this assessment, the documents can then be analyzed and disclosed (if permitted) by Local 66's counsel.  If Local 66 receives documents from a non-party, however, they must wait fifteen (15) days before disclosing the documents or information. This procedure adds an additional step and additional time to the discovery process to ensure "Confidential" and "Attorney Eyes Only" documents and/or information are protected from unauthorized disclosure. The parties therefore request additional time to fully conduct discovery, while fully complying with the Protective Order.

Furthermore, the expert witness disclosure deadline is fast-approaching on March 28, 2016.  In order to identify which expert witnesses will be needed in this matter, the parties request additional time to conduct discovery.  At this point, the parties have not been able to obtain enough information and/or documentation to identify what type of experts they will retain, let alone which expert they will retain.  The parties therefore respectfully request the opportunity to gather enough information to identify which expert(s) will be necessary in this litigation.

Finally, the parties are still engaging in negotiations for a collective bargaining agreement and Local 66's strike is ongoing. (Burnham Decl. ¶¶ 5-6). There is potential for new facts to arise in this matter that will have a direct impact on the remainder of this litigation.  The parties request a continuance of the trial date and unexpired case schedule deadlines to have an

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE
SCHEDULE - 2:15-CV-01349 MJP - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

opportunity to discover all relevant facts, including potential future facts that may have bearing on this case.

The parties thus propose the following revised case schedule:

| | |
|---|---|
| JURY TRIAL DATE | January 2, 2017 |
| Reports from expert witness under FRCP 26(a)(2) due | May 30, 2016 |
| All motions related to discovery must be filed by and noted on the motion calendar on third Friday thereafter (see CR7(d)) | June 27, 2016 |
| Discovery completed by | July 27, 2016 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | August 29, 2016 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | November 21, 2016 |
| Agreed pretrial order due | December 14, 2016 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | December 14, 2016 |
| Pretrial conference | December 16, 2016 at 2:30PM |

STIPULATED MOTION TO CONTINUE
TRIAL DATE AND AMEND CASE
SCHEDULE - 2:15-CV-01349 MJP - 3

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

1     DATED this 5th day of February, 2016.

2

3                                                 s/Christopher L. Hilgenfeld
                                                Christopher L. Hilgenfeld, WSBA No. 36037

4                                                 Davis Grimm Payne & Marra
                                                701 5th Avenue, Suite 4040

5                                                 Seattle, Washington  98104-7097
                                                Telephone: (206) 447-0182

6                                                 Fax: (206) 622-9927
                                                Email: chilgenfeld@davisgrimmpayne.com

7

8                                                 Attorneys for Plaintiff

9

10                                              s/Margaret Burnham
                                           Margaret Burnham, WSBA No. 47860

11                                            Robblee Detwiler & Black, PLLP
                                           2101 Fourth Avenue, Suite 1000

12                                            Seattle, Washington 98121
                                           Telephone: (206) 467-6700

13                                            Fax: (206) 467-7589
                                           E-mail: mburnham@unionattorneysnw.com

14                                            Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2:15-CV-01349 MJP - 4

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2016, I filed the foregoing **STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

>Christopher L. Hilgenfeld
>Davis Grimm Payne & Marra
>701 5th Avenue, Suite 4040
>Seattle, Washington  98104-7097
>Email: chilgenfeld@davisgrimmpayne.com

>s/Margaret Burnham
>Margaret Burnham, WSBA No. 47860
>Robblee Detwiler & Black, PLLP
>2101 Fourth Avenue, Suite 1000
>Seattle, Washington 98121
>Telephone: (206) 467-6700
>Fax: (206) 467-7589
>E-mail: mburnham@unionattorneysnw.com
>
>Attorneys for Defendant

CERTIFICATE OF SERVICE
2:15-CV-01349 MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile