HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-cv-01349 MJP <br><br> **DECLARATION OF MARGARET BURNHAM** |

Margaret Burnham makes the following declaration:

1. I am co-counsel for the Sheet Metal Workers International Association, Local 66 ("Local 66").

2. On February 3, 2016, I had a telephone conversation with Northshore Sheet Metal, Inc.'s ("Northshore") counsel Christopher Hilgenfeld. Both parties agreed, by and through their attorneys, that they would request the case schedule be continued for sixty (60) days to allow adequate time to conduct discovery.

DECLARATION OF MARGARET
BURNHAM- 2:15-CV-01349 MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

3. Until the parties received Honorable Marsha J. Pechman's Order granting Northshore's Motion for Protective Order, discovery was stalled.

4. Once the Order granting the Protective Order was issued on January 27, 2016, the parties recommenced the discovery process.

5. Local 66's strike against Northshore is ongoing.

6. The parties have yet to successfully negotiate a collective bargaining agreement.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED in Seattle, Washington this 5th day of February, 2016.

Margaret Burnham, WSBA No. 47860
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mburnham@unionattorneysnw.com

Attorneys for Defendant

DECLARATION OF MARGARET
BURNHAM- 2:15-CV-01349 MJP - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2016, I filed the foregoing **DECLARATION OF MARGARET BURNHAM** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

> Christopher L. Hilgenfeld
> Davis Grimm Payne & Marra
> 701 5th Avenue, Suite 4040
> Seattle, Washington 98104-7097
> Email: chilgenfeld@davisgrimmpayne.com

> s/Margaret Burnham
> Margaret Burnham, WSBA No. 47860
> Robblee Detwiler & Black, PLLP
> 2101 Fourth Avenue, Suite 1000
> Seattle, Washington 98121
> Telephone: (206) 467-6700
> Fax: (206) 467-7589
> E-mail: mburnham@unionattorneysnw.com

> Attorneys for Defendant

CERTIFICATE OF SERVICE
2:15-CV-01349 MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile