UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | CASE NO. 2:15-cv-1349 MJP <br><br> ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

The Court, having received and reviewed the Parties' Stipulated Motion to Continue Trial Date and Amend Case Schedule, (Dkt. No. 45), makes the following findings:

1. The Parties fail to show good cause exists to continue the trial date and certain pretrial deadlines.

2. However, in light of the discovery dispute between the Parties, (see Dkt. No. 44), the Court finds the Parties show good cause for a short continuance of the following case deadlines:

|  | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) | March 28, 2016 | April 28, 2016 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR 7(d)) | April 27, 2016 | May 25, 2016 |
| Discovery completed by | May 27, 2016 | June 27, 2016 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR 7(d)) | June 27, 2016 | July 27, 2016 |

All other case deadlines remain unchanged.  SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 9th day of February, 2016.

_____

Marsha J. Pechman
United States District Judge

ORDER ON STIPULATED MOTION TO
CONTINUE TRIAL DATE AND AMEND CASE
SCHEDULE- 2