Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> **PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS** <br><br> Noted on Motion Calendar: March 11, 2016 |

Pursuant to Local Rule 7(f), Plaintiff Northshore Sheet Metal, Inc. ("Plaintiff") hereby requests that the Court grant leave to file a brief in excess of the twelve (12) page limit imposed by LR 7(e)(4) in opposition to Defendant's motion to stay the proceedings ("Motion").

Plaintiff has brought two causes of action: (1) breach of the no-strike provision in the parties' labor agreement; and, (2) violation of federal labor laws by unlawfully engaging in a secondary boycott. Defendant has filed its Motion seeking a stay to Plaintiff's first cause of

*Plaintiff's Motion to File an Over-Length Brief in Opposition to Defendant's Motion to Stay Proceedings* - Page 1
CASE NO. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

action (i.e. breach of no-strike provision).  In reviewing whether a stay is appropriate, it is necessary to review all of the factual history before the Court, as well as Defendant's actions outside of the Court.  This requires a review of Defendant's past actions since August 24, 2015 when this case was initially filed.  Plaintiff's theory is that the Defendant's words and actions to the Court, and elsewhere, necessitate a finding that Defendant has repudiated and waived its right to seek arbitration.  This theory requires an in depth examination of the facts involved in this matter.  To do this, it is necessary to request an over-length brief.

In light of these factors, Plaintiff respectfully requests the Court's leave to file a brief in support of its Motion with four (4) additional pages, for a total of sixteen (16) pages.

Respectfully submitted this 11TH day of March, 2016.

By: s/Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA  98104-7097
Ph. (206) 447-0182
Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

---

*Plaintiff's Motion to File an Over-Length Brief in Opposition to Defendant's Motion to Stay Proceedings* - Page 2
CASE NO. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the ___11th___ day of March, 2016, I electronically filed the foregoing ***PLAINTIFF'S MOTION TO FILE AN OVER-LENGTH BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant:**
Daniel Hutzenbiler
Margaret A. Burnham
Robblee Detwiler & Black
2101 Fourth Avenue, Suite 1000
Seattle, WA 98121-2317
Email: dhutzenbiler@unionattorneysnw.com
Email: mburnham@unionattorneysnw.com

_____
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*Plaintiff's Motion to File an Over-Length Brief in Opposition to Defendant's Motion to Stay Proceedings* - Page 3
CASE NO. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927