Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> **ORDER ALLOWING PLAINTIFF TO FILE A BRIEF IN EXCESS OF 12 PAGES** <br><br> **Noted on Motion Calendar: March 11, 2016** |

THIS MATTER came before the Court on Plaintiff Northshore Sheet Metal, Inc.'s motion to file a brief in excess of the LR 7(e)(4) page limit requirement, after careful consideration and review of the facts and matters herein; and the Court being duly and sufficiently advised;

*[Proposed] Order Granting Plaintiff's Motion to File Over-Length Brief in Opposition to Stay of Proceedings* - Page 1
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
**701 Fifth Avenue, Suite 4040**
**Seattle, WA 98104**
**Ph. (206) 447-0182 • Fax: (206) 622-9927**

NOW, THEREFORE, IT IS ORDERED:

Plaintiff's Motion to File an Over-Length Brief in Opposition to Defendant's Motion to Stay Proceedings is GRANTED. Plaintiff may file its brief consisting of no more than sixteen (16) pages.

DATED this 11th day of March, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

/s/Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
DAVIS GRIMM PAYNE & MARRA
701 5th Avenue Suite 4040
Seattle, WA  98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff
Northshore Sheet Metal, Inc.**

*[Proposed] Order Granting Plaintiff's Motion to File Over-Length Brief in Opposition to Stay of Proceedings* - Page 2
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927