HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHSHORE SHEET METAL, INC.,

    Plaintiff,

v.

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66,

    Defendant.

No. 2:15-cv-01349 MJP

**DECLARATION OF DANIEL HUTZENBILER IN SUPPORT OF DEFENDANT'S REPLY ON MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Daniel Hutzenbiler makes the following declaration:

1. I am counsel for the Sheet Metal Workers International Association, Local 66 ("Local 66").

2. Northshore Sheet Metal, Inc.'s ("Northshore") bargaining-unit employees are represented by Local 66.

3. Local 66 provided Northshore with all of the information in its possession related to the fringe benefit dispute. Local 66 also provided Northshore with three proposed mediators. Attached as Exhibit A is a true and correct copy of a letter I sent to Northshore reflecting I have

DECLARATION OF DANIEL HUTZENBILER IN SUPPORT OF DEFENDANT'S REPLY ON MOTION TO STAY PROCEEDINGS PENDING ARBITRATION – 2:15-cv-01349MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

provided Northshore with all of the information in Local 66's possession and provided three proposed mediators.

4. On March 17, 2016, I sent a letter to Northshore agreeing to use one of its proposed mediators, Richard Omata. I also sent a letter to Richard Omata, to request his availability for mediation in April and May 2016. Attached as Exhibit B are true and correct copies of the letters to Mr. Hilgenfeld and Mr. Omata.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

SIGNED in Seattle, Washington this 18th day of March, 2016.

Daniel Hutzenbiler, WSBA No. 36938
Robblee, Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unionattorneysnw.com

Attorneys for Defendant

DECLARATION OF DANIEL HUTZENBILER IN SUPPORT OF DEFENDANT'S REPLY ON MOTION TO STAY PROCEEDINGS PENDING ARBITRATION – 2:15-cv-01349MJP - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2016, I filed the foregoing **DECLARATION OF DANIEL HUTZENBILER IN SUPPORT OF DEFENDANT'S REPLY ON MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the following:

> Christopher L. Hilgenfeld
> Davis Grimm Payne & Marra
> 701 5th Avenue, Suite 4040
> Seattle, Washington 98104-7097
> Email: chilgenfeld@davisgrimmpayne.com

> s/Daniel Hutzenbiler
> Daniel Hutzenbiler, WSBA No. 36938
> Robblee Detwiler & Black, PLLP
> 2101 Fourth Avenue, Suite 1000
> Seattle, Washington 98121
> Telephone: (206) 467-6700
> Fax: (206) 467-7589
> E-mail: dhutzenbiler@unionattorneysnw.com

> Attorneys for Defendant

CERTIFICATE OF SERVICE - 1