Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 MJP <br><br> ***NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF NORTHSHORE SHEET METAL, INC.*** |

TO:         CLERK OF U.S. DISTRICT COURT

AND TO:   SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, Defendant

AND TO:   DANIEL HUTZENBILER; MARGARET A. BURNHAM, and BRADLEY L. MEDLIN, Robblee, Detwiler & Black, Counsel for Defendant

Plaintiff, Northshore Sheet Metal, Inc., by and through its counsel of record, hereby provides notice to all parties and counsel that due to previously scheduled matter, Plaintiff's attorney, Christopher L. Hilgenfeld, will be absent from his office and out of the country; and, therefore, will be unavailable for all purposes, including, but not limited to, receiving

*Plaintiff's Notice of Unavailability of Counsel -*
Page 1
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

notice of any kind, appearing in court, or attending depositions, from June 8, 2016 through June 24, 2016.

Plaintiff respectfully requests that the Court and all parties refrain from scheduling any discovery, hearings, motions, conference calls, or other matters in the above-entitled case between the dates of June 8, 2016 and June 24, 2016, or immediately thereafter, so as to allow counsel adequate preparation time.

Respectfully Submitted this __25th__ day of March, 2016.

By: /s/ Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

*Plaintiff's Notice of Unavailability of Counsel -*
Page 2
Case No. 15-cv-01349 MJP

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2016, I electronically filed the foregoing ***NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF NORTHSHORE SHEET METAL, INC.*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant:**
Daniel Hutzenbiler
Margaret A. Burnham
Bradley L. Medlin
Robblee Detwiler & Black
2101 Fourth Avenue, Suite 1000
Seattle, WA 98121-2317
Email: dhutzenbiler@unionattorneysnw.com
Email: mburnham@unionattorneysnw.com
Email: bmedlin@unionattorneysnw.com

/s/ Betsy E. Green
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*Plaintiff's Notice of Unavailability of Counsel -*
Page 3
Case No. 15-cv-01349 MJP

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927