**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-CV-01349 MJP <br><br> **STIPULATED MOTION TO AMEND CASE SCHEDULE** <br><br> NOTED ON MOTION CALENDAR: <br><br> **April 12, 2016** |

## STIPULATED MOTION

1. Sheet Metal Workers International Association, Local 66 ("Union") and Northshore Sheet Metal, Inc. ("Northshore") mutually request an extension of the case schedule.

2. The parties are in the midst of discovery and have yet to exchange all relevant information. This has impacted both the Union and Northshore's ability to complete their

STIPULATED MOTION TO CONTINUE
DISCOVERY AND EXPERT DISCLOSURE
DEADLINES
No. 2:15-CV-01349 MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

expert witness disclosure. Both parties are still awaiting additional interrogatory responses and document disclosures.

3. The parties are awaiting the Court's ruling on the Motion to Stay (Dkt. # 51) to determine which portion of the case will proceed to trial.

4. Northshore is awaiting the Court's ruling on its Motion to Compel (Dkt. # 52).

5. The Union has outstanding interrogatory and document requests to Northshore. The Union and Northshore have been unable to reach an agreement on a response. Northshore has yet to disclose all information it possesses in response to the discovery.

6. The Union requires the additional information and documents from Northshore in order to secure an expert opinion and report.

7. The parties would request additional time to gather the necessary information. Both parties have an interest in having a complete expert opinion. Lacking all the information, both parties are unable to meet the current deadline.

8. Separately, the parties have tentatively agreed to mediation on May 9, 2016 with Richard Omata.

9. Counsel for Northshore will also be out of the country for a portion of this case. He has filed a Notice of Unavailability (Dkt. # 64). He will be unavailable from June 8 to June 24, 2016 while outside the U.S.

10. Given these facts, the Union and Northshore mutually request the Court extend the expert witness disclosure, discovery cutoff dates, and motion filing deadlines.

11. The parties propose the following revised case schedule:

//

//

STIPULATED MOTION TO CONTINUE
DISCOVERY AND EXPERT DISCLOSURE
DEADLINES
No. 2:15-CV-01349 MJP - 2

LAW OFFICES OF
Robblee Detwiler & Black
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

| Reports from expert witness under FRCP 26(a)(2) due | May 30, 2016 |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on third Friday thereafter (see CR7(d)) | May 27, 2016 |
| Discovery completed by | July 22, 2016 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | August 5, 2016 |

12. All other case deadlines will remain unchanged.

DATED this 12th day of April, 2016.

BY: <u>Signed authorization via email on April 11, 2016</u>
Christopher L. Hilgenfeld, WSBA No. 36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Telephone: (206) 447-0182
Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com

Attorneys for Plaintiff

*[signature]*

Daniel Hutzenbiler, WSBA No. 36938
Bradley Medlin, WSBA No. 43486
Margaret Burnham, WSBA No. 47860
Robblee Detwiler & Black, P.L.L.P.
2101 Fourth Ave, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: dhutzenbiler@unionattorneysnw.com
bmedlin@unionattorneysnw.com

Attorneys for Defendant Sheet Metal Workers International Association, Local 66

---

STIPULATED MOTION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES
No. 2:15-CV-01349 MJP - 3

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467.7589