# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | No. 2:15-CV-01349 MJP <br><br> **ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE** |

ORDER GRANTING STIPULATED
MOTION TO AMEND CASE SCHEDULE
No. 2:15-cv-01349 MJP - 1

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

The Court having reviewed the parties' Stipulated Motion to Amend the Case Schedule finds sufficient good cause exists to continue the following deadlines:

| ITEM | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) | April 28, 2016 | May 30, 2016 |
| All motions related to discovery must be filed and noted on the motion calendar on third Friday thereafter (see CR 7(d)). | May 25, 2016 | May 27, 2016 |
| Discovery completed by | June 27, 2016 | July 22, 2016 |
| All dispositive motions must be filed and noted on the motion calendar on the fourth Friday thereafter | July 27, 2016 | August 5, 2016 |

All other case schedule deadlines remain unchanged.  So ORDERED.

The clerk is further ordered to provide copies of this order to all counsel.

DATED this 13th day of April, 2016.

_____
Marsha J. Pechman
United States District Judge

//

//

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE
No. 2:15-cv-01349 MJP - 2

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589

Presented By:

s/Bradley Medlin
Daniel Hutzenbiler, WSBA No. 36938
Bradley Medlin, WBSA No. 43486
Margaret Burnham, WBSA No. 47860
Robblee Detwiler & Black, P.L.L.P.
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: bmedlin@unionattorneysnw.com

Attorneys for Defendant Sheet Metals Workers International Association, Local 66

ORDER GRANTING STIPULATED
MOTION TO AMEND CASE SCHEDULE
No. 2:15-cv-01349 MJP - 3

LAW OFFICES OF
Robblee Detwiler & Black

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589