UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL INC., | CASE NO. C15-1349-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court calls for a response from Defendant to Plaintiff's Motion for Reconsideration for the Limited Purpose of Granting Defendant's Prior Request for Stay on the Contractual Damages Claim. (Dkt. No. 72.) Defendant's response should be submitted within seven (7) days of the date of this order, and should not exceed six pages.

//

//

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 13th day of June, 2016.

William M. McCool
Clerk of Court

Paula McNabb
Deputy Clerk

MINUTE ORDER- 2