# DAVIS GRIMM PAYNE & MARRA

*Attorneys at Law*
701 FIFTH AVENUE, SUITE 4040
SEATTLE, WA 98104
(206) 447-0182 (Phone)
(206) 622-9927 (Fax)
www.dgpmlaw.com

JOSEPH L. DAVIS (Retired)
WILLIAM T. GRIMM
JOHN M. PAYNE
JOSEPH G. MARRA
CHRISTOPHER L. HILGENFELD

SELENA C. SMITH
BRIAN P. LUNDGREN
ERIK M. LAIHO
AMY C. PLENEFISCH (Of Counsel)

August 18, 2016

*E-FILED VIA CM/ECF*
Clerk of Court
U.S. District Court – Seattle
700 Stewart Street, Suite 14229
Seattle, WA 98101 – 9906

RE:   *Northshore Sheet Metal, Inc. v. Sheet Metal Workers Int'l Assoc., Local 66*
        U.S.D.C., Western District, Case No. 2:15-cv-01349 MJP

Dear Clerk of Court:

Pursuant to the Court's Order of July 25, 2016 (Dkt. 77) this letter provides the current status of the above referenced matter. The parties have selected Douglas Hammond to act as arbitrator in this matter. The parties are working with Arbitrator Hammond to find a mutually agreeable date. The parties expect the arbitration to last five days. We will update the Court once a date is scheduled.

Sincerely,

Christopher L. Hilgenfeld

CLH/bg
cc:   Daniel Hutzenbiler
        Margaret Burnham