HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66,<br><br>Defendant. | No. 2:15-CV-01349 MJP<br><br>**BRADLEY MEDLIN AND MARGARET BURNHAM'S NOTICE OF WITHDRAW AS ATTORNEYS FOR SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66**<br><br>**NOTED ON MOTION CALENDAR:**<br>August 31, 2016 |

## NOTICE OF WITHDRAW

Attorneys Bradley Medlin and Margaret Burnham hereby provide Notice of Withdraw pursuant to LCR 83.2(b)(2). Mr. Medlin and Ms. Burnham will withdraw effective August 31, 2016 as co-counsel for Defendant Sheet Metal Workers International Association, Local 66 ("Union"). Daniel Hutzenbiler of Robblee Detwiler & Black is the Union's lead attorney in this matter and will remain counsel of record.

//

BRADLEY MEDLIN AND MARGARET
BURNHAM'S NOTICE OF WITHDRAW AS
COUNSEL FOR UNION
2:15-CV-01349-MJP - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DATED this 31st day of August, 2016.

s/Bradley Medlin
Bradley Medlin, WSBA No. 43486
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: bmedlin@unionattorneysnw.com

Attorneys for Defendant Sheet Metal Workers
International Association, Local 66

BRADLEY MEDLIN AND MARGARET
BURNHAM'S NOTICE OF WITHDRAW AS
COUNSEL FOR UNION
2:15-CV-01349-MJP - 2

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically filed the foregoing **NOTICE OF WITHDRAW BY MEDLIN AND BURNHAM AS ATTORNEYS FOR DEFENDANT SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66** with the Clerk of the Court using the CM/ECF system, and which will send notice of such filing to the following:

Christopher L. Hilgenfeld
Davis Grimm Payne & Marra
701 Fifth Avenue
Suite 4040
Seattle, WA 98104


s/Bradley Medlin
Bradley Medlin, WSBA No. 43486
Robblee Detwiler & Black, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: bmedlin@unionattorneysnw.com

Attorneys for Defendant Sheet Metal
Workers International Association, Local 66

CERTIFICATE OF SERVICE
2:15-CV-01349-MJP

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
(206) 467-6700 · (206) 467-7589 facsimile