Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. C15-1349 BJR <br><br> ***SECOND STATUS REPORT RE STAY OF PROCEEDINGS*** |

Pursuant to the Court's Orders Staying Case (Dkt. 71) and Directing Parties to Proceed to Mediation and Arbitration (Dkt. 77), the Parties have attended mediation on the Union's fringe benefits claim, and the Employer's breach of the no-strike provision claim. Arbitration is scheduled before Douglas Hammond starting January 30, 2017.

*SECOND STATUS REPORT* - Page 1
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

Respectfully Submitted this 23rd day of November, 2016.

By: /s/ Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA  98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

*SECOND STATUS REPORT* - Page 2
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2016, I electronically filed the foregoing *SECOND STATUS REPORT RE STAY OF PROCEEDINGS* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant:**
Daniel Hutzenbiler
McKanna Bishop & Joffe
1635 NW Johnson Street
Portland, OR 97209
Email: dhutzenbiler@mbjlaw.com

I further certify there are no known non-CM/ECF parties who require service in this matter.

/s/ Betsy E. Green
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*SECOND STATUS REPORT* - Page 3
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927