Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. C15-1349 BJR <br><br> ***THIRD STATUS REPORT RE STAY OF PROCEEDINGS*** |

Pursuant to the Court's Orders Staying Case (Dkt. 71) and Directing Parties to Proceed to Mediation and Arbitration (Dkt. 77), the Parties have attended mediation on the Union's fringe benefits claim, and the Employer's breach of the no-strike provision claim. Arbitration regarding the issues was conducted January 30 through February 2, 2017, before Arbitrator Douglas Hammond. Post-hearing briefing is to be presented to Arbitrator Hammond no later than March 20, 2017.

*THIRD STATUS REPORT* - Page 1
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

Respectfully Submitted this 23rd day of February, 2017.

By: /s/ Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
Davis Grimm Payne & Marra
701 5th Avenue, Suite 4040
Seattle, WA 98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff**
**Northshore Sheet Metal, Inc.**

Approved for filing:

By: /s/ Daniel Hutzenbiler
Daniel Hutzenbiler, WSBA #36938
McKanna Bishop & Joffe
1635 NW Johnson Street
Portland, OR 97209
Ph. (503) 226-6111
Fax: (503) 226-6121
Email: dhutzenbiler@mbjlaw.com
**Attorneys for Defendant**
**Sheet Metal Workers Int'l Association,**
**Local 66**

*THIRD STATUS REPORT* - Page 2
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2017, I electronically filed the foregoing *THIRD STATUS REPORT RE STAY OF PROCEEDINGS* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant:**
Daniel Hutzenbiler
McKanna Bishop & Joffe
1635 NW Johnson Street
Portland, OR 97209
Email: dhutzenbiler@mbjlaw.com

I further certify there are no known non-CM/ECF parties who require service in this matter.

*(signed)* Betsy E. Green
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*THIRD STATUS REPORT* - Page 3
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927