Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., | Case No. C15-1349 BJR |
| Plaintiff, | |
| v. | *NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF NORTHSHORE SHEET METAL, INC.* |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | |
| Defendant. | |

TO:           CLERK OF U.S. DISTRICT COURT

AND TO:    SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, Defendant

AND TO:    DANIEL HUTZENBILER, McKanna Bishop & Joffe, Counsel for Defendant

　　　Plaintiff, Northshore Sheet Metal, Inc., by and through its counsel of record, hereby provides notice to all parties and counsel that due to previously scheduled matters, Plaintiff's attorney, Christopher L. Hilgenfeld, will be absent from his office and out of state; and, therefore, will be unavailable for all purposes, including, but not limited to,

*Plaintiff's Notice of Unavailability of Counsel -*
Page 1
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

receiving notice of any kind, appearing in court, or attending depositions, from June 10, 2017 through June 17, 2017.

Plaintiff respectfully requests that the Court and all parties refrain from scheduling any discovery, hearings, motions, conference calls, or other matters in the above-entitled case between the dates of June 10, 2017 and June 17, 2017, or immediately thereafter, so as to allow counsel adequate preparation time.

Respectfully Submitted this 23rd day of May, 2017.

> By: /s/ Christopher L. Hilgenfeld
> Christopher L. Hilgenfeld, WSBA #36037
> Davis Grimm Payne & Marra
> 701 5th Avenue, Suite 4040
> Seattle, WA  98104-7097
> Ph. (206) 447-0182 | Fax: (206) 622-9927
> Email: chilgenfeld@davisgrimmpayne.com
> **Attorneys for Plaintiff Northshore Sheet Metal, Inc.**

*Plaintiff's Notice of Unavailability of Counsel -*
Page 2
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2016, I electronically filed the foregoing ***NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF NORTHSHORE SHEET METAL, INC.*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the individual(s) listed below, as more fully reflected on the Notice of Electronic Filing.

I further certify there are no known non-CM/ECF parties who require service in this matter.

**Attorneys for Defendant:**
Daniel Hutzenbiler
McKanna Bishop & Joffe
1635 NW Johnson Street
Portland, OR  97209
Ph. (503) 226-6111
Fax: (503) 226-6121
Email: dhutzenbiler@mbjlaw.com

_____
Betsy E. Green, Legal Assistant to
Attorneys for Northshore Sheet Metal Inc.
E-mail: bgreen@davisgrimmpayne.com

*Plaintiff's Notice of Unavailability of Counsel -*
Page 3
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927