Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 BJR <br><br> ***DECLARATION OF CHRISTOPHER L. HILGENFELD IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT THE COURT'S MAY 23, 2016 STAY OF PROCEEDINGS*** <br><br> **Noted on Motions Calendar: June 23, 2017** |

I, CHRISTOPHER L. HILGENFELD, declare as follows:

1.  I am over the age of eighteen (18) years and I am competent to testify if called upon to do so.

2.  I am an attorney with Davis Grimm Payne & Marra, counsel of record for Plaintiff Northshore Sheet Metal, Inc. ("Northshore" or "Plaintiff"), and I make this declaration based upon my personal knowledge.

*Hilgenfeld Declaration in Support of Motion to Lift Stay of Proceedings* - Page 1
Case No. 15-cv-01349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

3. Pursuant to Court's Order, dated September 4, 2015, the parties met with Mediator Richard J. Omata on May 9, 2016 and again on October 18, 2016, to mediate the Union's fringe benefits claim and Northshore's contractual damages claim. No resolution was achieved between the parties during mediation.

4. The parties selected Douglas Hammond to serve as Arbitrator regarding the Union's fringe benefits claim and Northshore's contractual damages claim. Arbitration was conducted from January 30 through February 2, 2017.

5. On April 28, 2017, Arbitrator Hammond issued his decision and award in favor of Northshore Sheet Metal, Inc. Attached hereto as Exhibit 1 is a true and correct copy of the Opinion and Award by Douglas P. Hammond, issued April 28, 2017.

6. That on or about May 23, 2017, I conferred with the Union's attorney, Dan Hutzenbiler. The Union did not object to the filing of the motion.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing statements are true and accurate.

Signed and dated at Seattle, Washington on this 2 day of June, 2017.

_____
Christopher L. Hilgenfeld

Hilgenfeld Declaration in Support of Motion to Lift Stay of Proceedings - Page 2
Case No. 15-cv-01349 BJR

DAVIS GRIMM PAYNE & MARRA
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927