1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE
9

10   NORTHSHORE SHEET METAL, INC.,              No.  C15-1349-BJR

11                      Plaintiff,
                                               NOTICE OF NON-OPPOSITION
12             v.

13   SHEET METAL WORKERS INTERNATIONAL
     ASSOCIATION,
14
                       Defendant.
15

16          PLEASE  TAKE  NOTICE  THAT  Defendant  Sheet  Metal  Workers  International

17   Association, Local 66 has received and reviewed Plaintiff Northshore Sheet Metal, Inc.'s Motion

18   To Lift the Court's May 23, 2016 Stay of Proceedings, and does not oppose the Motion.

19          DATED this 19th day of June, 2017.

20                                          s/ Daniel Hutzenbiler
                                           Daniel Hutzenbiler, WSBA No. 36938
21                                          MCKANNA BISHOP JOFFE, LLP
                                           1635 NW Johnson St.
22                                          Portland, OR 97209
                                           Telephone: (503) 226-6111
23                                          Fax: (503) 226-6121
                                           E-mail: dhutzenbiler@mbjlaw.com
24                                          Attorneys for Defendant

25

26

Page 1 -   NOTICE OF NON-OPPOSITION