Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. C15-1349 BJR <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE STAY OF PROCEEDINGS DATED MAY 23, 2016 |

THIS MATTER comes before the above entitled Court upon Plaintiff's Motion to Lift the Stay of Proceedings to allow the matter to continue. The Court having reviewed the motion and the related record; the Court being fully advised; and good cause appearing therefore;

IT IS ORDERED that Plaintiff's motion is GRANTED and the Court hereby lifts the stay of proceedings entered May 23, 2016 (Dkt. 71) and modified July 25, 2016 (Dkt. 77).

The clerk is ordered to provide copies of this order to all counsel.

DATED this 20th day of June, 2017.

_____
Honorable Barbara J. Rothstein

[Proposed] Order Granting Plaintiff's Motion
to Lift Stay of Proceedings - Page 1
Case No. C15-1349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927