Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., | Case No. 2:15-cv-01349 BJR |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | **Noted on Motion Calendar: August 18, 2017** |
| Defendant. | |

This matter having come on regularly for hearing before the Court upon of Plaintiff's Motion for Leave of court to File Second Amended Complaint, and the Court having considered the motion and the records on file herein; and having been fully advised in the premises, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Motion to Amend is hereby GRANTED and Plaintiff shall file the Second Amended Complaint within fourteen (14) days of the filing of this Order.

*Order Granting Motion for Leave to File Second Amended Complaint* - Page 1
Case No. 15-cv-01349 BJR

DATED this 8th day of         August        , 2017.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

/s/Christopher L. Hilgenfeld
Christopher L. Hilgenfeld, WSBA #36037
DAVIS GRIMM PAYNE & MARRA
701 5th Avenue Suite 4040
Seattle, WA  98104-7097
Ph. (206) 447-0182 | Fax: (206) 622-9927
Email: chilgenfeld@davisgrimmpayne.com
**Attorneys for Plaintiff Northshore Sheet Metal, Inc.**