Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, <br><br> Defendant. | Case No. 2:15-cv-01349 BJR <br><br> ***DECLARATION OF CHRISTOPHER L. HILGENFELD IN SUPPORT OF UNOPPOSED MOTION TO AMEND CASE SCHEDULE*** <br><br> **Noted on Motion Calendar:** <br> **October 13, 2017** |

I, CHRISTOPHER L. HILGENFELD, declare as follows:

1. I am over the age of eighteen (18) years and I am competent to testify if called upon to do so.

2. I am an attorney with Davis Grimm Payne & Marra, counsel of record for Plaintiff Northshore Sheet Metal, Inc. ("Northshore" or "Plaintiff"), and I make this declaration based upon my personal knowledge.

---

*Hilgenfeld Declaration in Support of Unopposed Motion to Amend Case Schedule* - Page 1
Case No. 15-cv-01349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

3. On March 22, 2017 a detailed public records request was made to the Port of Seattle. This request was made for any and all communications and other documents, relating to said communications beginning November 1, 2016, regarding or relating to Local 66, the Port of Seattle and Northshore Sheet Metal, Inc., along with other entities. We have received approximately 1,000 documents, and there are approximately 18,000 responsive documents that we are told require review for privilege. The request remains open and ongoing.

4. On June 16, 2017, several public records requests were made to the City of Seattle to the following departments: Finance & Administrative Services Dept.; Dept. of Planning & Community Development; Dept. of Labor Standards; and the Construction & Inspection Dept. These requests were for all communications and other documents, relating to said communications between Sheet Metal Workers International Association, Local 66 and the City of Seattle and Northshore with certain limitations. To date limited responses have been received from the Department of labor Standards, and the Department of Planning & Community Development.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing statements are true and accurate.

Signed and dated at Seattle, Washington on this 5th day of October, 2017.

_____
Christopher L. Hilgenfeld

*Hilgenfeld Declaration in Support of Unopposed Motion to Amend Case Schedule* - Page 2
Case No. 15-cv-01349 BJR

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA 98104
Ph. (206) 447-0182 • Fax: (206) 622-9927