The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHSHORE SHEET METAL INC., | |
| Plaintiff, | |
| v. | Case No.: 2:15−cv−01349−BJR |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66, | **UNITED STATES OF AMERICA'S NOTICE OF NON-INTERVENTION** |
| Defendant. | |

The United States of America hereby declines to intervene in this case for the limited purpose of defending the constitutionality of Section 8(b)(4)(ii)(B) of the National Labor Relations Act, 29 U.S.C. § 158(b)(4)(ii)(B). The United States has decided that its intervention is not warranted at this time.

DATED this 31st day of December, 2017

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

Notice of Intervention - 1
Case No. 2:15-cv-01349-BJR

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20530
(202) 616-8188

ERIC WOMACK
Assistant Director, Federal Programs Branch

/s/ *Matthew Skurnik*
Matthew Skurnik (NY Bar. No. 5553896)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
Telephone:  (202) 616-8188
Fax:  (202) 616-8470
Email:  Matthew.Skurnik@usdoj.gov

*Attorneys for the United States of America*

Notice of Intervention - 2
Case No. 2:15-cv-01349-BJR

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Washington D.C. 20530
(202) 616-8188